UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC CITIZEN                              )
1600 20th Street, NW                        )
Washington, DC 20009                        )
                                            )
                Plaintiff,       )
                                            )
v.                                          )    C. A. No. _____
                                            )
UNITED STATES CONSUMER PRODUCT              )
    SAFETY COMMISSION                      )
4330 East West Highway                      )
Bethesda, MD 20814                          )
                                            )
                Defendant.       )
                                            )

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1.    This action is brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to compel the production of records requested by Plaintiff from Defendant.

### JURISDICTION

2.    This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B).

### PARTIES

3.    Plaintiff Public Citizen is a national non-profit public interest organization. Since its founding in 1971, Public Citizen has worked before Congress, regulatory agencies, and in the courts to advance the interests of its members and to educate the public on a wide range of consumer protection issues. Public Citizen works to promote openness and accountability in government and to protect the right of consumers to seek redress in the courts.

4. Defendant United States Consumer Product Safety Commission is an agency of the federal government of the United States and has possession of and control over the records Plaintiff seeks.

## FACTS

5. By letter to Defendant dated February 8, 2006, and sent both by e-mail and first class mail, plaintiff requested: 1) All records dated after January 2001, and received from or authored by any agency within the Executive Branch of the United States government except CPSC, or by any official, employee, or agent of any agency within the Executive Branch of the United States government except CPSC, that relate to the inclusion in any regulation, commentary, or regulatory preamble of language stating that an agency regulation preempts state common law; 2) All records or copies of records sent to, received from, or authored by individuals or entities outside the Executive Branch, including but not limited to members of Congress, their staffs, mattress manufacturers, and people or entities affiliated with mattress manufacturers, that discuss or address whether CPSC regulations preempt state common law or that request or recommend that CPSC include or consider including in a regulation or regulatory commentary or preamble language stating that a CPSC regulation preempts state common law; and 3) Any response sent by or on behalf of CPSC in response to records described in 2, above, and any record relating to or discussing such response.

6. By letter dated February 17, 2006, Defendant acknowledged receipt of Plaintiff's request and assigned it FOIA request No. S-2006020071.

8. Under 5 U.S.C. § 552(a)(6)(A)(i), Defendant had 20 working days to respond to Plaintiff's February 8 FOIA request. More than 20 working days have passed and Plaintiff has

not received a determination from Defendant concerning that request, nor has Defendant produced any materials in response to Plaintiff's request.

9. Plaintiff is therefore deemed to have exhausted its administrative remedies under FOIA. *See* 5 U.S.C. § 552(a)(6)(C)(i).

10. Plaintiff has a statutory right to the records it seeks, and there is no legal basis for Defendant's failure to disclose them to Plaintiff.

## CLAIMS FOR RELIEF

WHEREFORE, Plaintiff requests that this Court:

A) Declare that Defendant's failure to disclose the records requested by Plaintiff is unlawful;

B) Order Defendant to make the requested records available to Plaintiff;

C) Award Plaintiff its costs and reasonable attorneys' fees pursuant to 5 U.S.C. § 552(a)(4)(E); and

D) Grant such other and further relief as this Court may deem just and proper.

Respectfully submitted,

_____
Adina H. Rosenbaum
(DC Bar No. 490928)
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009
(202) 588-1000
(202) 588-7795 (fax)

April 11, 2006                    Attorney for Plaintiff