CO-386-online
10/03

# United States District Court
# For the District of Columbia

Public Citizen                      )
                                    )
                                    )
                                    )
            Plaintiff                )     Civil Action No. _____
    vs                              )
                                    )
United States Consumer Product      )
Safety Commission                   )
                                    )
            Defendant                )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Public Citizen_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Public Citizen_____ which have any outstanding securities in the hands of the public:




These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Adina H. Rosenbaum_
Signature

490928
BAR IDENTIFICATION NO.

Adina H. Rosenbaum
Print Name

1600 20th St., NW
Address

Washington, DC  20009
City          State     Zip Code

(202) 588-1000
Phone Number