UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN )<br>)<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CONSUMER PRODUCT )<br>    SAFETY COMMISSION )<br>)<br>)<br>    Defendant. )<br>)<br>_____ ) | Civil Action No. 06-0662 (GK)<br>ECF |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(i), plaintiff Public Citizen hereby dismisses its unanswered complaint in the above-styled case. Public Citizen is dismissing the case because, after it filed the case, the defendant provided it with documents responsive to its Freedom of Information Act request.

Respectfully submitted,

  /s/
Adina H. Rosenbaum
(DC Bar No. 490928)
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC  20009
(202) 588-1000
(202) 588-7795 (fax)

Dated: May 2, 2006                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this date, May 2, 2006, I served the foregoing Notice of Dismissal by filing it electronically with the court's ECF system and by sending a copy of the notice by first-class mail to:

U.S. Attorney
Judiciary Center Building
555 4th St, NW
Washington, DC 20530

United States Consumer Product Safety Commission
4330 East West Highway
Bethesda, MD 20814

Attorney General Alberto R. Gonzales
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

                                                /s/
                                        Adina H. Rosenbaum